IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

| | |
|---|---|
| United States of America | Plaintiff |
| vs. | Court No. 5:03CR5BRN |
| David Raymond Raby | Defendant |
| and | |
| Brian Harris Chrysler Jeep | Garnishee |

**GARNISHEE ORDER**

A Writ of Continuing Garnishment (Doc. #107), directed to Garnishee, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Continuing Garnishment, the Garnishee filed an Answer on April 26, 2012 (Doc. #108) stating that at the time of the service of the writ he/she had in his possession, or under control personal property belonging to and due defendant, and that garnishee was indebted to defendant.

On April 10, 2012, the defendant was notified of his/her right to a hearing and has not requested a hearing to determine exempt property.

IT IS ORDERED that Garnishee withhold twenty-five percent (25%) of defendant's disposable earnings and forward said payments to plaintiff until the debt to the plaintiff is paid in full or until the garnishee no longer has custody, possession or control of any property belonging to the debtor or until further Order of this court.

The Garnishee should make the check payable to the Clerk, United States District Court. Mail the payments to the United States District Court, P. O. Box 23552, Jackson, MS 39225-3552.

ORDERED this __2nd__ day of __May__, 2012.

    _s/ David Bramlette_
DAVID BRAMLETTE, III
UNITED STATES DISTRICT JUDGE